IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC. and VISTAKON PHARMACEUTICALS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA, INC. and AUROMEDICS PHARMA LLC, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 17-1290 (CFC) ) ) ) ) ) ) ) |

## STIPULATION AND ORDER

The Court, upon the consent and request of Plaintiffs Allergan, Inc., and Vistakon Pharmaceuticals, LLC, (collectively, "Plaintiffs") and Defendants Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc. and AuroMedics Pharma LLC, (collectively, "Aurobindo"), hereby acknowledges the following Stipulation and issues the following Order.

## STIPULATION

1. This Court has subject matter jurisdiction over this patent infringement action (the "Action") and personal jurisdiction over Plaintiffs and Aurobindo only for the purposes of this action. Venue is proper in this Court as to Plaintiffs and Aurobindo only for the purposes of this action.

2. In this Action, Plaintiffs have charged Aurobindo with infringement of U.S. Patent No. 8,664,215 ("the '215 patent") in connection with Aurobindo's submission of Abbreviated New Drug Application ("ANDA") No. 21-0659 directed to a generic alcaftadine ophthalmic solution 0.25% product, to the U.S. Food and Drug Administration ("FDA").

3. Aurobindo admits that the submission of ANDA No. 21-0659 to the FDA for the purpose of obtaining regulatory approval to engage in the commercial manufacture, use,

and/or sale of a generic alcaftadine ophthalmic solution 0.25% product within the United States before the expiration of the '215 patent was a technical act of infringement of that patent under 35 U.S.C. § 271(e)(2)(A). This admission is without prejudice to any claim, defense, or counterclaim in any possible future action between Aurobindo and any of the Plaintiffs regarding the '215 patent and/or an alcaftadine ophthalmic solution 0.25% product other than the generic product that is the subject of ANDA No. 21-0659.

## ORDER

Accordingly, pursuant to the above Stipulation, and upon the consent and request of Plaintiffs and Aurobindo, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The filing of ANDA No. 21-0659 was a technical act of infringement of the '215 patent under 35 U.S.C. § 27l(e)(2)(A). No decision of the Court has been obtained by either party regarding whether any making, using, selling, or offering to sell within the United States, or importing into the United States, of the generic product described by ANDA 21-0659 would infringe the '215 patent.

2. Aurobindo, its officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, are hereby enjoined from manufacturing, using, offering to sell, or selling within the United States, or importing into the United States, the alcaftadine ophthalmic solution 0.25% product that is the subject of ANDA No. 21-0659 during the life of the '215 patent, including any extensions and pediatric exclusivities, absent a license agreement or other authorization by Plaintiffs, unless all of the claims of the '215 patent are found invalid or unenforceable by a court decision from which no appeal has been or can be taken, other than a petition for a writ of certiorari to the U.S. Supreme Court.

3. Plaintiffs and Aurobindo each expressly waive any right to appeal or otherwise move for relief from this Stipulation And Order.

4. This Court retains jurisdiction over Plaintiffs and Aurobindo for purposes of enforcing this Stipulation And Order.

5. This Stipulation And Order shall finally resolve this Action between Plaintiffs and Aurobindo.

6. This Stipulation And Order is without prejudice to any claim, defense, or counterclaim in any possible future action between Aurobindo and any of the Plaintiffs regarding the '215 patent and a product other than the generic alcaftadine ophthalmic solution 0.25% product that is the subject of ANDA No. 21-0659.

7. The Clerk of the Court is directed to enter this Stipulation And Order forthwith.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CONNOLLY GALLAGHER LLP |
| */s/ Derek J. Fahnestock* | */s/ Arthur G. Connolly, III* |
| Jack B. Blumenfeld (#1014)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>dfahnestock@mnat.com | Arthur G. Connolly, III (#2667)<br>CONNOLLY GALLAGHER LLP<br>The Brandywine Building<br>1000 West Street, Suite 1400<br>Wilmington, DE 19801<br>(302) 757-7300<br>aconnolly@connollygallagher.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| OF COUNSEL:<br><br>Scott K. Reed<br>Ha Kung Wong<br>VENABLE LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | OF COUNSEL:<br><br>Steven J. Moore, Esquire<br>WITHERS BERGMAN LLP<br>1700 East Putnam Avenue, Suite 400<br>Greenwich, CT 06870-1366 |
| *Attorneys for Allergan, Inc.* | |

November 19, 2018

**SO ORDERED:**

This \_\_\_\_\_ day of _____, 2018

_____
U.S.D.J.